**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FLOCK, KEVIN D. § Case No. 09-02770-BWB
      FLOCK, THEA § 
 § 
Debtor(s) § 

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/17/2010 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/10/2010        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                  Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FLOCK, KEVIN D. | § | Case No. 09-02770-BWB |
| FLOCK, THEA | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $   60,548.89 |
| *and approved disbursements of* | $   118.00 |
| *leaving a balance on hand of* [1] | $   60,430.89 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | THOMAS B. SULLIVAN, TRUSTEE | $   6,276.74 | $ |
| Attorney for trustee | Grochocinski, Grochocinski & Lloyd, Ltd. | $   4,380.00 | $   66.08 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Alan D. Lasko | $   1,468.20 | $   14.90 |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $126,794.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 12P-2 | Internal Revenue Service | $126,794.92 | $48,311.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,338.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Roger Flock | $ 5,000.00 | $ 0.00 |
| 2 | ComED Co | $ 320.41 | $ 0.00 |
| 3 | NCMIC | $ 3,919.69 | $ 0.00 |
| 4 | Roundup Funding, LLC | $ 187.94 | $ 0.00 |
| 5 | CJB Realty Investments | $ 16,805.00 | $ 0.00 |
| 6 -2 | PYOD LLC its successors and assigns as assignee of | $ 5,836.93 | $ 0.00 |
| 7 -2 | PYOD LLC its successors and assigns as assignee of | $ 24,270.81 | $ 0.00 |
| 8 | Recovery Management Systems Corporation | $ 4,374.03 | $ 0.00 |
| 9 | Recovery Management Systems Corporation | $ 285.04 | $ 0.00 |
| 10 | Suburban Chicago Newspaper | $ 7,339.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 68,306.56 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 12U-2 | Internal Revenue Service | $ 68,306.56 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dgomez                Page 1 of 2                  Date Rcvd: Aug 13, 2010
Case: 09-02770                Form ID: pdf006             Total Noticed: 56


The following entities were noticed by first class mail on Aug 15, 2010.
db/jdb        +Kevin D Flock,    Thea C Flock,    702 Gallant Drive,    Minooka, IL 60447-8836
aty           +Ariane Holtschlag,     Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty           +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,     232 S Batavia Ave,
               Batavia, IL 60510-3169
aty           +David E Grochocinski,     Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty           +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty           +Grochocinski Grochocinski & Lloyd Ltd,     1900 Ravinia Place,    Orland Park, IL 60462-3760
aty           +Joshua D Greene,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Rd.,
               Suite330,    Wheaton, IL 60187-4547
tr            +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
13470295      +AT&T,   PO Box 6428,    Carol Stream, IL 60197-6428
13470293       AT&T,   PO Box 8100,    Aurora, IL 60507-8100
13470294       AT&T,   Payment Center,    Chicago, IL 60663
13470291      +Advanced Rehab. Consultants,     3512 SW Fairlam Road,    Suite 200,    Topeka, KS 66614-3981
13470296      +Bob Dylla, CPA,    6825 Hobson Valley Drive,    Suite 302,    Woodridge, IL 60517-1456
13470297       Burns Storage,    10808,   N. Tabler,    Morris, IL 60450
13886661      +CJB REALTY INVESTMENTS LLC,     1001 E. MAIN STREET UNIT B,    ST. CHARLES ILLINOS 60174-2203
13470304      +CJB Realty Investments,    1001 East Main Street Unit B,     Saint Charles, IL 60174-2203
13470300       Chase/Southwest Visa,     PO Box 15153,    Wilmington, DE 19886-5153
13470302       CitiBank,   PO Box 688914,    Des Moines, IA 50368-8914
13470301       Citibank,   PO Box 209012,    Brooklyn, NY 11220-9012
13470303      +City of Minooka,    608 Twin Rail Drive,    Minooka, IL 60447-9465
13470307       Dana Johnson,    American Embassy Moscow,    Unit 5430 Box 1052,     DPO,AE 09721-1052
13470308       Dr. Victor Tsai, MD.,    823129th Infantry Road,    #103,   Joliet, IL 60435
13470309       GE Healthcare Financial Services,    PO Box 414418,    Boston, MA 02241-4418
13470310       Gen Worth Life Insurance Co.,    PO Box 513,    Lynchburg, VA 24505-0513
13974905      +HPSC, Inc,    1 Beacon St,    Boston MA 02108-3121
13470311      +Hanover Insurance Group,    120 East Maple,    New Lenox, IL 60451-1834
13470314     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,     ATTN: Centralized Insolvency,
               PO Box 21126,    Philadelphia, PA 19114)
13470315     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,     Pob 21126,    Philadelphia PA 19114)
13470313       Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
13470312      +Illinois Dept. of Empl. Security,     c/o GC Services Limited,    6330 Gulton,
               Houston, TX 77081-1108
13470317      +Juno Online Service,    PO Box 649,    Woodland Hills, CA 91365-0649
13470318      +Mary Ellen Johnson,    200 West Waverly Street,    Apt. 211,    Morris, IL 60450-1363
13470319      +National City,    PO Box 5570,    Cleveland, OH 44101-0570
13470323       Nelnet, Inc.,    PO Box 2970,    Omaha, NE 68103-2970
13886735      +PYOD LLC its successors and assigns as assignee of,     Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13470326      +Physician Services,    1511 East Commercial Blvd.,    #138,    Fort Lauderdale, FL 33334-5717
13470327      +Roger Flock,    244 S. Kloke Street,    Apt. 1,   West Point, NE 68788-1952
13470328       Sears Mastercard,    PO Box 183082,    Columbus, OH 43218-3082
13470329      +Silk One,    15653 Crown Cove Lane,    Frisco, TX 75035-3607
13470330      +Suburban Chicago Newspaper,     6901 W 159th Street,    Tinley Park, IL 60477-2327
13470357      +UHaul-Storage,    240 North Frontage Road,    Bolingbrook, IL 60440-4912
13470358      +Weldman, Harrold, Allen & Dixon,     225 W. Wacker Drive,    Chicago, IL 60606-1349
13470359      +Wells Fargo Bank,    Andrew J Nelson,    Pierce & Associates, PC,     1 N Dearborn Ste 1300,
               Chicago IL 60602-4373
13470360       Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL 60197-5296

The following entities were noticed by electronic transmission on Aug 13, 2010.
13470292      +E-mail/Text: bankruptcy@americancreditbureau.com                             American Credit Bureau,
               1200 N. Federal Highway,    Suite 200,    Boca Raton, FL 33432-2813
13470298      +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 02:02:20      Care Credit,    PO Box 960061,
               Orlando, FL 32896-0061
13470299       Fax: 602-221-4614 Aug 13 2010 23:36:10     Chase Auto Finance,    PO Box 9001083,
               Louisville, KY 40290-1083
13470306       E-mail/Text: legalcollections@comed.com                             Com-Ed,    Bill Payment Center,
               Chicago, IL 60668-0001
13470305      +E-mail/Text: legalcollections@comed.com                             ComED Co,    2100 Swift Road,
               Attn:  Bankruptcy Section/System Credit,    Oakbrook IL 60523-1559
13470316       E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 02:02:20      JC Penney,    PO Box 960060,
               Orlando, FL 32896-0090
13470321      +E-mail/Text: jquick@ncmic.com                             NCMIC,    14001 University Avenue,
               Clive, IA 50325-8273
13470325      +E-mail/Text: bankrup@nicor.com                             Nicor,    PO Box 416,
               Aurora, IL 60568-0001
13470324       E-mail/Text: bankrup@nicor.com                             Nicor,    PO Box 0632,
               Aurora, IL 60507-0632
13924953      +E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2010 02:02:21
               Recovery Management Systems Corporation,    For GE Money Bank,    dba CARE CREDIT/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1          User: dgomez                Page 2 of 2                  Date Rcvd: Aug 13, 2010
Case: 09-02770                Form ID: pdf006             Total Noticed: 56

The following entities were noticed by electronic transmission (continued)
13924954      +E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2010 02:02:21
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13841927       E-mail/PDF: BNCEmails@blinellc.com Aug 14 2010 01:58:55      Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13470322      NCMIC
13470331      Thea C. Flock, D.C., S.C., Inc.
13470332      Thea C. Flock, D.C., S.C., Inc.
13470333      Thea C. Flock, D.C., S.C., Inc.
13470334      Thea C. Flock, D.C., S.C., Inc.
13470335      Thea C. Flock, D.C., S.C., Inc.
13470336      Thea C. Flock, D.C., S.C., Inc.
13470337      Thea C. Flock, D.C., S.C., Inc.
13470338      Thea C. Flock, D.C., S.C., Inc.
13470339      Thea C. Flock, D.C., S.C., Inc.
13470340      Thea C. Flock, D.C., S.C., Inc.
13470341      Thea C. Flock, D.C., S.C., Inc.
13470342      Thea C. Flock, D.C., S.C., Inc.
13470343      Thea C. Flock, D.C., S.C., Inc.
13470344      Thea C. Flock, D.C., S.C., Inc.
13470345      Thea C. Flock, D.C., S.C., Inc.
13470346      Thea C. Flock, D.C., S.C., Inc.
13470347      Thea C. Flock, D.C., S.C., Inc.
13470348      Thea C. Flock, D.C., S.C., Inc.
13470349      Thea C. Flock, D.C., S.C., Inc.
13470350      Thea C. Flock, D.C., S.C., Inc.
13470351      Thea C. Flock, D.C., S.C., Inc.
13470352      Thea C. Flock, D.C., S.C., Inc.
13470353      Thea C. Flock, D.C., S.C., Inc.
13470354      Thea C. Flock, D.C., S.C., Inc.
13470355      Thea C. Flock, D.C., S.C., Inc.
13470356      Thea C. Flock, D.C., S.C., Inc.
13470320*    +National City,   PO Box 5570,   Cleveland, OH 44101-0570
                                                                                           TOTALS: 27, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 15, 2010**           **Signature:**        *Joseph Speetjens*